UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:24-mj-1384-LHP

LUIS ALFONSO NOGUERA MARTINEZ

AUSA: Adam Nate

Defense Attorney: Andrew Searle, Criminal Justice Act

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **April 12, 2024**<br>2:23-2:49<br>26 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | Etienne Van Hissenhoven | PRETRIAL: | Sofia Kollaian |

**CLERK'S MINUTES**
**INITIAL APPEARANCE (RULE 5C)**

Case called; appearances taken; procedural setting by the Court.
Interpreter was placed under oath.
Court advised the Defendant of the right to remain silent.
Court inquired of the Defendant regarding competency.
Parties advised of the requirements pursuant to the Due Process Protections Act.
Court advised the Defendant of additional rights.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed counsel for hearings in this district.
Government summarized the charges and penalties in the indictment.
Government made an oral motion for release from custody.
Court granted the motion. Order Setting Conditions of Release entered.
Order or Removal entered.