UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        **CASE NO: 6:24-mj-1384-LHP**

**LUIS ALFONSO NOGUERA MARTINEZ**

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Luis Alfonso Noguera Martinez, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Southern District of Florida was held on April 12, 2024.

Based on the defendant's waiver of identity hearing, I find that LUIS ALFONSO NOGUERA MARTINEZ is the person named in the warrant for arrest, a copy of which has been produced.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 12, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record